LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
LEO PLOTKIN (SBN 101893)
JOHN MITTELBACH (SBN 284088)
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone:  (310) 471-3000
Facsimile:   (310) 471-7990

MORTON R. BRANZBURG (*pro hac vice* pending)
CAROL ANN SLOCUM (*pro hac vice* pending)
KLEHR HARRISON HARVEY BRANZBURG, LLP
(A Limited Liability Partnership)
1835 Market Street
Philadelphia, PA  19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

Attorneys for Plaintiff
AMERICAN FURNITURE RENTALS, INC. d/b/a AFR FURNITURE RENTAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FURNITURE RENTALS, INC. d/b/a AFR FURNITURE RENTAL, <br><br> Plaintiff, <br><br> vs. <br><br> DSI ASSIGNMENTS, LLC, solely in its capacity as Assignee for the benefit of creditors of CP OPCO, LLC d/b/a CLASSIC PARTY RENTALS, <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff American Furniture Rentals, Inc. d/b/a AFR Furniture Rental ("AFR") alleges:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because complete diversity exists between the parties, which are citizens of different states, and the amount in controversy exceeds $75,000.00.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events or omissions giving rise to the claim occurred in this district and the Defendant is the assignee under an assignment for the benefit of creditors of a corporation with its principal place of business located in this district.

## NATURE OF CLAIM

3. In this lawsuit, AFR seeks a declaratory judgment pursuant to 28 USC § 2201 and Fed. R. Civ. P. 57 that any payments made by CP Opco, LLC d/b/a Classic Party Rentals, Inc. ("Classic Party") from May 2, 2017 through July 31, 2017 for products and services provided by AFR are not subject to avoidance as preferential transfers by the assignee, DSI Assignments, LLC (the "Assignee"), in a general assignment for the benefit of Classic Party's creditors.

## THE PARTIES

4. AFR is a Pennsylvania corporation with a principal place of business at 7200 Hylton Road, Pennsauken, New Jersey 08110. AFR is a citizen of Pennsylvania and New Jersey.

5. Assignee is a Delaware limited liability company. Upon information and belief, Assignee's sole and managing member is Development Specialists, Inc., an Illinois corporation with a principal place of business at 20 N. Clark St #2550, Chicago, Illinois 60602. The Assignee is a citizen of Illinois.

## GENERAL ALLEGATIONS

6. AFR provided furniture rental and furniture delivery services to

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

1
COMPLAINT

Classic Party, an event rental company headquartered in Inglewood, CA.

7.  AFR issued invoices to Classic Party for the furniture rental and delivery services and Classic Party remitted periodic payments to AFR in payment of the invoices issued by AFR.

8.  On July 31, 2017, Classic Party made a general assignment for the benefit of creditors under California state law to the Assignee.

9.  On May 11, 2018, Development Specialists, Inc., on behalf of the Assignee, sent a letter to AFR asserting that Classic Party made payments to AFR on various dates between May 2, 2017 and July 31, 2017 in the aggregate amount of $1,136,448.33 (the "Payments") and that such Payments were preferential transfers pursuant to Section 1800(b) of the California Code of Civil Procedure and demanding that AFR return same.

10. In the May 11, 2018 letter, the Assignee identifies the Payments as follows:

| Date | Amount |
|---|---|
| 5/10/2017 | $86,401.08 |
| 5/12/2017 | 100,125.29 |
| 5/19/2017 | 70,651.14 |
| 5/26/2017 | 85,046.92 |
| 6/6/2017 | 140,155.68 |
| 6/12/2017 | 70,136.74 |
| 6/16/2017 | 70,701.24 |
| 6/16/2017 | 70,439.65 |
| 6/23/2017 | 3,105.90 |
| 6/23/2017 | 87,939.35 |
| 7/3/2017 | 70,330.03 |
| 7/10/2017 | 70,657.27 |

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

2
COMPLAINT

| | |
|---|---:|
| 7/14/2017 | 70,242.94 |
| 7/14/2017 | 70,090.89 |
| 7/14/2017 | 70,424.21 |
| **TOTAL** | **$1,136,448.33** |

11. AFR has not been able to confirm receipt of three of the Payments as follows: $70,439.05 made June 16, 2017 and d $70,090.89 and $70,424.21 made on July 14, 2017.

12. AFR disputes that Section 1800(b) of the California Code of Civil Procedure applies to any of the Payments and further disputes that it is obligated to return any of the Payments to the Assignee.

## CLAIM FOR RELIEF

### (Declaratory Judgment)

13. AFR repeats the averments contained in paragraphs 1 through 12 above as if set forth at length.

14. As a result of the foregoing, there now exists between the parties to the action an actual, justiciable controversy in respect to which AFR is entitled to have a declaration that it is not obligated to return any of the Payments to the Assignee.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA 90049

3

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, plaintiff American Furniture Rentals, Inc. d/b/a AFR Furniture Rental demands judgment against the defendant, DSI Assignments, LLC, solely in its capacity as assignee for the benefit of creditors CP Opco, LLC d/b/a Classic Party Rentals, as follows:

    a. A declaration that AFR is not obligated to return any of the Payments made by Classic Party; and

    b. For such other and further relief as the Court deems just, proper, and equitable.

DATED: June 25, 2018

                      By:   /s/ LEO PLOTKIN
                               Leo Plotkin

LEVY SMALL & LALLAS
A Partnership Including Professional Corporations

LEO PLOTKIN
JOHN MITTELBACH

and

KLEHR HARRISON HARVEY BRANZBURG, LLP

MORTON R. BRANZBURG (*pro hac vice* application pending)
CAROL ANN SLOCUM (*pro hac vice* application pending)

Attorneys for Plaintiff
AMERICAN FURNITURE RENTALS, INC. d/b/a AFR FURNITURE RENTAL