JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN FURNITURE RENTALS, INC., | CV 18-5599 PA (AGRx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| DSI ASSIGNMENTS, LLC, | |
| Defendant. | |

In accordance with the Court's December 3, 2018 minute order granting declaratory relief to American Furniture Rentals, Inc. ("Plaintiff") and dismissing the counterclaim of DSI Assignments, LLC ("Defendant"), it is ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's cause of action for declaratory relief is granted as follows:

    a. any payments made by CP OpCo, LLC d/b/a Classic Party Rentals, Inc. from May 2, 2017 through July 31, 2017 ("Payments") to Plaintiff are not subject to avoidance as preferential transfers by Defendant; and

    b. Plaintiff is not obligated to return any Payments made by CP OpCo, LLC d/b/a Classic Party Rentals, Inc. from May 2, 2017 through July 31, 2017 to Defendant;

2. Defendant's counterclaim is dismissed with prejudice; and

3. Plaintiff shall have its costs of suit.

DATED: December 3, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE